WILLIAM DREXLER, RESPONDENT, v. GOTHAM CARD AND PAPER COMPANY, INCORPORATED, APPELLANT.

Submitted October 28, 1932—Decided January 23, 1933.

For the respondent, *Pesin & Pesin.*

For the appellant, *Mark Townsend, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 452.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 11.

*For reversal*—None.